# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | EDCV 11-00447 AHM (OPx) | Date | May 16, 2011 |
|---|---|---|---|
| Title | ERIC M. CROSS et al. v. WELLS FARGO BANK, N.A., et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:     Attorneys **NOT** Present for Defendants:

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

The Court DENIES Plaintiffs' *Ex Parte* Application Shortening Time to File Motion to Remand Case to State Court or Grant Plaintiffs Leave to Amend Their First Amended Complaint.[1]

: 

Initials of Preparer     SMO

---

[1] Dkt. 19.