1   SHAHNAZ HUSSAIN, ESQ., BAR# 195305
2   LAW OFFICES OF SHAHNAZ HUSSAIN
    2670 N. Main Street, Suite 270
3   Santa Ana, California 92705
    Tel. (714) 543-9161
4
5   Attorney for Plaintiffs ERIC M. CROSS and
    VENITA K. CROSS

JS-6

FILED
CLERK, U.S. DISTRICT COURT

FEB 2 7 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

6
7
8                   UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| ERIC M. CROSS et al.,<br><br>                 Plaintiffs,<br><br>        vs.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>                 Defendants. | Case No. EDCV11-00447 AHM (OPx)<br>ORDER RE:<br>**NOTICE OF DISMISSAL WITH PREJUDICE**<br><br>Assigned to Hon. A. Howard Matz |

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

RECYCLED PAPER

NOTICE OF DISMISSAL WITH PREJUDICE

1

**TO THE HONORABLE COURT:**

2        Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Eric M. Cross and Venita K.

3    Cross, through their undersigned counsel of record, hereby provide notice of dismissal

4    of this action, in its entirety, with prejudice.

5

6                                              LAW OFFICES OF SHAHNAZ HUSSAIN

7    Dated: February 12, 2012        By: _____
                                              SHAHNAZ HUSSAIN
8                                             Attorney for Plaintiffs ERIC M. CROSS and
                                              VENITA K. CROSS
9

10

11                                            IT IS SO ORDERED

12                                            Dated    FEB 27 2012

13      JS-6

14                                            United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                        1
                      NOTICE OF DISMISSAL WITH PREJUDICE

RECYCLED PAPER