JS-6

FILED
CLERK, U.S. DISTRICT COURT
FEB 27 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1  SHAHNAZ HUSSAIN, ESQ., BAR# 195305
2  LAW OFFICES OF SHAHNAZ HUSSAIN
   2670 N. Main Street, Suite 270
3  Santa Ana, California 92705
   Tel. (714) 543-9161
4
5  Attorney for Plaintiffs ERIC M. CROSS and
   VENITA K. CROSS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ERIC M. CROSS et al., | Case No. EDCV11-00447 AHM (OPx) |
|---|---|
| Plaintiffs, | ORDER RE: NOTICE OF DISMISSAL WITH PREJUDICE |
| vs. | |
| WELLS FARGO BANK, N.A., et al., | Assigned to Hon. A. Howard Matz |
| Defendants. | |

NOTICE OF DISMISSAL WITH PREJUDICE

**TO THE HONORABLE COURT:**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Eric M. Cross and Venita K. Cross, through their undersigned counsel of record, hereby provide notice of dismissal of this action, in its entirety, with prejudice.

Dated: February 22, 2012

LAW OFFICES OF SHAHNAZ HUSSAIN

By: _____
SHAHNAZ HUSSAIN
Attorney for Plaintiffs ERIC M. CROSS and
VENITA K. CROSS

JS-6

IT IS SO ORDERED
Dated   FEB 27 2012

_____
United States District Judge

NOTICE OF DISMISSAL WITH PREJUDICE